# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

### Unclaimed Dividends

Debtor: WOLFBAUER, KENNETH PAUL

Chapter 7 Case No. 09-38407-GFK

Unclaimed Dividends

| Name and Address of Payee | Amount Claimed | Amount Paid |
|---|---|---|
| Wisconsin Department of Revenue Special Procedures Unit PO Box 8901 Madison, WI  53708-8901 | 147.81 | 18.08 |
| | | |
| TOTAL | | 18.08 |

Date: August 15, 2011

_____
John A. Hedback, Trustee

